**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| ROBIN LUFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:10- CV- 01319- RLH - VCF |
| v. | ) | |
| | ) | **O R D E R** |
| VENETIAN CASINO RESORT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

By Stipulation and Order to Extend Discovery (dkt. 26), the parties report that they "have reached settlement in this matter" id. p. 2, 1.3 g and are waiting for Plaintiff's signature on the written agreement which memorizes the terms of the settlement.

IT IS HEREBY ORDERED that this case is stayed until January 30, 2012.

IT IS FURTHER ORDERED that if the Stipulation for Dismissal is not filed on or before Monday, January 30, 2012, counsel shall appear for a status hearing on Tuesday, January 31, 2012 at 10:00 a.m. in Courtroom 3B.

DATED this 13th day of December, 2011.

_____
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**