1  DEANNA L. FORBUSH
   Nevada Bar No. 6646
2  JOHN GUTKE
   Nevada Bar No. 10062
3  FOX ROTHSCHILD, LLP
   3800 Howard Hughes Parkway, Suite 500
4  Las Vegas, Nevada  89169
   Telephone:   (702) 262-6899
5  Fax:            (702) 597-5503
   dforbush@foxrothschild.com
6  *Attorneys for Defendant*
   *Venetian Casino Resort, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBIN LUFF, an individual,<br><br>                         Plaintiff,<br>vs.<br><br>VENETIAN CASINO RESORT, LLC, a Domestic Limited Liability Company; DOES 1 – 100 inclusive,<br><br>                         Defendants. | Case No. 2:10-cv-01319-RLH-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Plaintiff ROBIN LUFF and Defendant VENETIAN CASINO RESORT, LLC, by and through their undersigned counsel, that this matter, having been resolved between the parties, shall be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 17th day of January, 2012.

| NEHME-TOMALKA & ASSOCIATES | FOX ROTHSCHILD, LLP |
|---|---|
| /s/ Doris Nehme-Tomalka<br>By: _____<br>DORIS NEHME-TOMALKA<br>2620 Regatta Drive, Suite 102<br>Las Vegas, Nevada  89128<br>*Attorneys for Plaintiff* | /s/ Deanna L. Forbush<br>By: _____<br>DEANNA FORUSH<br>JOHN GUTKE<br>3800 Howard Hughes Pkwy. #500<br>Las Vegas, Nevada  89169<br>*Attorneys for Defendant* |

VG1 115133v1 01/17/12

**ORDER**

Based upon the foregoing Stipulation between the parties,

**IT IS HEREBY ORDERED** that the matter styled *Robin Luff v. Venetian Casino Resort, LLC*, Case No. 2:10-cv-01319-RLH-VCF, having been resolved between the parties, is hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 18th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE